No. 524. ESTATE OF SANTIAGO v. SÁNCHEZ ET AL.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal. Decided April 11, 1910. Appeal dismissed for non-compliance with rule 42 of the rules of the Supreme Court. *Mr. Carlos Franco Soto* for petitioner. *Mr. A. Reichard* for respondent.

---

No. 525. HERMIDA v. LAURUAGA & Co., SUCCS.—Appeal from the District Court of Aguadilla. Motion to dismiss the appeal. Decided April 11, 1910. Appeal dismissed for non-compliance with rule 42 of the rules of the Supreme Court. *Mr. Carlos Franco Soto* for petitioner. *Mr. A. Reichard* for respondent.

---

No. 542. DEL VALLE v. ESTATE OF ROSALY ET AL.—Appeal from the District Court of Ponce. Motion to dismiss the appeal. Decided April 18, 1910. Appeal dismissed because the appellant should have presented a bill of exceptions or statement of facts. *Mr. Ramón Dapena* for petitioner. *Mr. W. Vincent Robbins* for respondent.

---

No. 12. EX PARTE JULBE.—Appeal from the District Court of Humacao. Motion that the Supreme Court approve the statement of facts presented in the lower court. Decided April 20, 1910. Motion overruled on the ground that this being a matter conducted under the act providing for special legal proceedings without holding a trail or taking any evidence, and everything appearing in the record, a certified copy thereof would suffice for the Supreme Court to consider the appeal on the merits of the case. *Messrs. Juan F. Vías* and *Manuel Tous Soto* for petitioner. *Mr. Eugenio Benítez Castaño* for respondent.